ORDERED.

**Dated: September 19, 2019**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re  
Brigitte Arlene Stallman

CASE NO: 3:18-bk-04342-JAF  
CHAPTER: 7

_____Debtor(s)._____/

### ORDER GRANTING FORD MOTOR CREDIT COMPANY'S RELIEF FROM THE AUTOMATIC STAY

This Case is before the Court upon the Motion for Relief from Stay (Document #18) filed by Ford Motor Credit Company (Movant) on August 23, 2019. No appropriate response having been filed in accordance with Local Rule 2002-4, it is

ORDERED:

The Motion for Relief from the Automatic Stay is granted.

The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with the replevin of its lien/ownership upon the following property:

2016 FORD FOCUS VIN 1FADP3N22GL228797

This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against Debtor(s).

###

Attorney Lawrence J. Bernard is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order